80,928-01

WR-80,928-01

On April 2, 2014 this court order a evidentiary hearing from the trial court, which I was never giving. At no time was I provided a hearing which was order. This is a violation of Due process. My Lawyers were denied in there efforts to secure a *motion to a* bench warrant to get me back to court. The trial *Court* was bias. Objections were made to alert alert this court what was happening and no action was taking. Why was I not giving *denied* my right to the hearing. Also why was I denied writ of habeas corpus on the findings of the trial court without a hearing due to the trial court ill-conduct. I believe the court should have order another hear*ing* to make true findings. Since the trial court was *is* in violation of Due process I would like my case to be reopen and giving a right to a hearing.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 03 2015

Abel Acosta, Clerk